**07 CV 3714**

BLANK ROME LLP
405 Lexington Avenue
New York, NY 10175
(212) 885-5000
Attorneys for Plaintiff Magnomin Corp.
W. Cameron Beard (WB-7354)

**JUDGE CEDARBAUM**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



MAY 10 2007
CASHIERS

| | |
|---|---|
| MAGNOMIN CORP.,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SECURITY 1031 SERVICES, LLC and 1031 TAX GROUP, LLC,<br><br>　　　　　　　　　Defendants. | 07 CIV. 3714 (MGC)<br><br>**FED. R. CIV. P. 7.1(a) DISCLOSURE STATEMENT OF PLAINTIFF MAGNOMIN CORP.** |

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff Magnomin Corp., through its undersigned counsel of record, certifies that it is a nongovernmental corporate party and has no corporate parent or publicly held corporation that owns 10% or more of its stock.

Dated: May 10, 2007
　　　　New York, New York

　　　　　　　　　　　　　　　　　　BLANK ROME LLP
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Magnomin Corp.

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　W. Cameron Beard (WB-7354)
　　　　　　　　　　　　　　　　　　405 Lexington Avenue
　　　　　　　　　　　　　　　　　　New York, NY 10175
　　　　　　　　　　　　　　　　　　(212) 885-5000
　　　　　　　　　　　　　　　　　　(212) 885-5001 (fax)
　　　　　　　　　　　　　　　　　　CBeard@BlankRome.com

600535.00402/6542617v.1